**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 22-30114-NJR |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, United States Code, Section 2 |
| | ) | Title 21, United States Code, Section 841 |
| TYLER FORBES, | ) | |
| AMY CARPENTER | ) | |
|    a/k/a "AMY HALL" | ) | |
| TAYLOR STOUT | ) | FILED |
| | ) | |
| Defendants. | ) | OCT 18 2022 |

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### INDICTMENT

The Grand Jury charges:

### COUNT 1
**DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE**

On or about November 3, 2021, in Fayette County, Illinois, within the Southern District of Illinois,

**TYLER FORBES,**

aided and abetted by

**AMY CARPENTER, a/k/a "AMY HALL,"**

defendants herein, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2(a).

### COUNT 2
**DISTRIBUTION OF CONTROLLED SUBSTANCE: METHAMPHETAMINE**

On or about December 16, 2021, in Fayette County, Illinois, within the Southern District of Illinois,

1

**TYLER FORBES,**

aided and abetted by

**TAYLOR STOUT**

defendants herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii), and Title 18, United States Code, Section 2(a).

**A TRUE BILL**

_[signature]_

DANIEL S. CARRAWAY
Assistant United States Attorney

ALMA SUMMERS  _Digitally signed by ALMA SUMMERS  Date: 2022.10.16 15:23:11 -05'00'_  for

RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention